**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000302
17-OCT-2024
08:35 AM
Dkt. 35 OAWST**

NO. CAAP-24-0000302

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SHANE P.K. SOTELO; NICOLE M.C. SOTELO; KIM S. ISHIDA,
Plaintiffs-Appellees, and
EMI H. KOGA, Plaintiff-Appellant, and
LEO N. ARRINGTON; JULIA V. ARRINGTON; JEREMY M. BARNAK;
TRICIA J.V. BARNAK, Plaintiffs-Appellees, v.
BANK OF AMERICA, N.A., Defendant-Appellee, and
DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001595)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice of Appeal of Emi K. Koga (Stipulation), filed September 20, 2024, by Defendant-Appellee Bank of America, N.A., the papers in support, and the record, it appears that (1) this appeal is by Plaintiff-Appellant Emi H. Koga, rather than Emi K. Koga; (2) the filing fees have been paid and the appeal has been docketed; (3) under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (4) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, October 17, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge